# Exhibit 2




House Judiciary Finance and Civil Law Committee 3/14/24

MNHouseInfo
7.45K subscribers

164 views  Mar 14, 2024
00:44 - HF3812 (Acomb) Immunity provided for individuals assisting another to seek medical assistance for drug-related overdose.
03:45 - HF4048 (Tabke) Department of Corrections; various provisions modified relating to data sharing, correctional officer use of deadly force, electronic filing of detainer, disclosure to victims of city and zip codes of offender after incarceration, disqualifying medical conditions, health care peer review committee, jail inspection data, medical director designee, Supervised Release Board, probation report date, and comprehensive community supervision and probation services.
12:22 - HF4366 (Edelson) Civil commitment priority admission requirements modified, prisoner in a correctional facility specified to not be responsible for co-payments for mental health medications, county co-payment expense reimbursement allowed, and money appropriated.
22:09 - HF4210 (Reyer) Hospital behavioral health crisis intervention team requirements established, behavioral health crisis intervention grant program for hospitals established, provisions preventing violence against health care workers modified, public disclosure of emergency department wait times required, and money appropriated.
51:11 - HF4400 (Stephenson) Prohibiting Social Media Manipulation Act created, social media platforms regulated, and private right of action and attorney general enforcement provided.
1:16:22 - HF2319 (Hollins) Admission in judicial proceeding of custodial statements prohibited.
Runs 1 hour, 39 minutes.

Key moments                                                             View all

    

0:44                3:45                12:22               22:09               51:11               1:16:22
HF3812 (Acomb)      HF4048 (Tabke)      HF4366 (Edelson)    HF4210 (Reyer)      HF4400 (Stephenson) HF2319 (Ho
Immunity provided f…  Department of…    Civil commitment…   Hospital behavioral…  Prohibiting Social…  Admission i

Transcript
Follow along using the transcript.

Show transcript

MNHouseInfo
7.45K subscribers

Videos    About    Facebook    Instagram    X

Show less

Comments are turned off. Learn more

I will move to recommend house file for 4, 0, 0, be placed on the General Register. Doesn't look like we have any author's
51:21
amendment. So Representative Stevenson, please tell us about your book. >> Thank you, Madam Chair members, House Bill. 4400
51:28
results from a report that we constructed the attorney general to prepare last year
51:35
related to social media particular its impact on mental health, particularly for young people. The bill sets up a
51:46
framework that's designed to ensure the privacy of users and protecting children.

***

>> Thanks for working on this. This is a serious issue,
1:08:38
but how we do it without violating our Constitution. Both state and federal is a challenge. It
1:08:48
not sure how it's going to work because we have places across the state like Taylors Falls in
1:08:54
Saint Croix Falls, Lewis and Superior Fargo, Morehead.
1:09:01
If you're on one side of a bridge in Minnesota, if you're on the other side of the bridge,
1:09:08
we're going to different state up in international falls. You go across the border in a
1:09:13
different country. Companies that do this, a few actually going to put a geo
1:09:21
fence around the entire border, the state of Minnesota, because you could actually
1:09:28
be using your phone or your device over the cell phone system
1:09:35
and beyond an antenna. That's in a different state. There are 2 different country
1:09:40
and actually would be able to get the information that you're trying to stop
1:09:47
and then they could be sued. Even though the other work in the state,
1:09:54
their equipment was in the state that they happened to connect.
1:10:00
Do we need to do something about this? Make sure kids are safe and some of this content is taking care of. Absolutely.
1:10:07
Some of these things are actually coming from out of the country.
1:10:14

So I appreciate what you're doing. But even at the federal level dealing with TikTok, they're
1:10:19
having issues because of our constitution.
1:10:25
So it's it's I just appreciate where you do. And I think this needs to be something done more at the federal level because we do
1:10:32
have interstate commerce that we're dealing with. And I remember correctly, there is some
1:10:39
court rulings already dealing with interstate commerce. And so I'm not sure how this is going to work or not.