UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| NETCHOICE, | Case No. 25-CV-02741 (NEB/SGE) |
| Plaintiff, | |
| vs. | **JOINT MOTION TO MODIFY EXPEDITED DISCOVERY AND PRELIMINARY INJUNCTION BRIEFING SCHEDULES** |
| KEITH ELLISON, in his official capacity, as Attorney General of Minnesota, | |
| Defendant. | |

_____

Plaintiff NetChoice and Defendant Attorney General Keith Ellison, in his official capacity (collectively, the "Parties), by and through their undersigned counsel, hereby jointly move to modify the expedited discovery and preliminary injunction motion briefing schedules set forth in the Court's Expedited Discovery Order (Dkt. No. 20) (the "Order"). In support of their joint motion, the Parties state as follows:

1.   On September 5, 2025, the Court entered the Order (Dkt. No. 20), under which (i) the Expedited Discovery Term would conclude on November 14, 2025; (ii) NetChoice would file its motion for a preliminary injunction and all supporting papers required under Local Rule 7.1 on or before November 21, 2025; (iii) Defendant would file his response to NetChoice's preliminary injunction motion on or before December 19, 2025; (iv) NetChoice would file any reply in support of its preliminary injunction motion on or before January 23, 2026; and (v) Defendant's response to NetChoice's Complaint

(Dkt. No. 1) would be due fourteen days after this Court's ruling on NetChoice's motion for a preliminary injunction. Dkt. No. 20 ¶¶ 1, 8–11.

2. Defendant has agreed to not enforce Minn. Stat. § 325M.33 against NetChoice's members before NetChoice's preliminary injunction motion is filed and while that motion is pending. Dkt. No. 17 ¶ 6.

3. During the course of the Expedited Discovery Term, discovery disputes have arisen between the Parties and potential discovery disputes have arisen between Defendant and certain third parties on which Defendant has served subpoenas under Fed. R. Civ. P. 45. In particular, Defendant will soon file with the Court a motion for protective order with respect to NetChoice's (i) Fed. R. Civ. P. 30(b)(6) deposition notice to the Minnesota Attorney General's Office and/or (ii) first set of interrogatories to Defendant. In addition, motion practice may potentially be necessary with respect to one or more of the Fed. R. Civ. P. 45 subpoenas that Defendant has served on third parties.

4. The Parties have met and conferred and agree that it will be beneficial to the Parties and to the Court to resolve these existing and potential discovery disputes before briefing NetChoice's motion for preliminary injunction.

5. **WHEREFORE**, the Parties jointly and respectfully request that the Court enter an order:

   i. holding in abeyance the preliminary injunction briefing schedule set forth in the Order (Dkt. No. 20), to allow for the resolution of the existing and potential discovery disputes referenced above in Paragraph 3 and for the completion of currently outstanding discovery;

ii. instructing the parties to submit a revised proposed briefing schedule for NetChoice's preliminary injunction motion within seven days of the Court's resolution of the last discovery motion referenced above in Paragraph 3; and

iii. memorializing Defendant's agreement to continue to stay enforcement of Minn. Stat. § 325M.33 against any of NetChoice's members before NetChoice's preliminary injunction motion is filed and while that motion is pending.

Dated: November 14, 2025

/s/ Joel Kurtzberg
CAHILL GORDON & REINDEL LLP
Joel Kurtzberg (*admitted pro hac vice*)
Floyd Abrams (*admitted pro hac vice*)
Jason Rozbruch (*admitted pro hac vice*)
32 Old Slip
New York, NY 10005
Phone: 212-701-3210
Facsimile: 212-269-5420
jkurtzberg@cahill.com
fabrams@cahill.com
jrozbruch@cahill.com

Erick G. Kaardal (SBN 229647)
MOHRMAN, KAARDAL & ERICKSON, P.A.
150 S. Fifth St., Ste. 3100
Minneapolis, MN 55402
Phone: 612-746-7724
Facsimile: 612-341-1076
kaardal@mklaw.com

*Attorneys for Plaintiff*

Dated: November 14, 2025

/s/ Jeff Timmerman

KEITH ELLISON
Attorney General
State of Minnesota

Jeff Timmerman
Atty. Reg. No. 0352561
Ian Taylor, Jr.
Atty. Reg. No. 0401548
Madeleine DeMeules
Atty. Reg. No. 0402648
Assistant Attorneys General

445 Minnesota Street, Suite 600
St. Paul, MN 55101-2131
(651) 583-7660 (Timmerman)
(651) 757-1348 (Taylor, Jr.)
(651) 300-6807 (DeMeules)
jeffrey.timmerman@ag.state.mn.us
ian.taylor@ag.state.mn.us
madeleine.demeulies@ag.state.mn.us

*Attorneys for Defendant*