UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

___

NETCHOICE,

    Plaintiff,

vs.

KEITH ELLISON, in his official capacity, as Attorney General of Minnesota

    Defendant.

Case No. 25-CV-02741 (NEB/SGE)

**ORDER GRANTING JOINT MOTION TO MODIFY EXPEDITED DISCOVERY AND PRELIMINARY INJUNCTION BRIEFING SCHEDULES**

___

The above-entitled matter came before the Court pursuant to the Parties' Joint Motion to Modify Expedited Discovery and Preliminary Injunction Briefing Schedules (Dkt. 21).

Based upon all of the files, records, and proceedings herein,

**IT IS HEREBY ORDERED:**

1. That the preliminary injunction briefing schedule set forth in the Court's Expedited Discovery Order (Dkt. 20) is held in abeyance to allow for the resolution of the existing and potential discovery disputes referenced in Paragraph 3 of the Parties' Joint Motion to Modify Expedited Discovery and Preliminary Injunction Briefing Schedules and for the completion of currently outstanding discovery;

2. That the Parties shall submit a revised proposed briefing schedule for NetChoice's preliminary injunction motion within seven days of the Court's resolution of the last discovery motion referenced in Paragraph 3 of the Parties' Joint Motion to Modify Expedited Discovery and Preliminary Injunction Briefing Schedules; and

3. That Defendant shall continue to stay enforcement of Minn. Stat. § 325M.33 against any of NetChoice's members before NetChoice's preliminary injunction motion is filed and while that motion is pending.

Dated: November 19, 2025

                                         *s/Shannon G. Elkins*
                                         SHANNON G. ELKINS
                                         United States Magistrate Judge